# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### NO. 5:03-CR-212-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROCKY SHANE PERRY | ) | |

UPON MOTION by the Defendant and FOR GOOD CAUSE SHOWN, the Motion to Terminate Supervised Release is hereby GRANTED. The United States Probation Office is hereby directed to terminate the Defendant's Supervised Release.

SO ORDERED this 30th day of August, 2012.

_____
Judge Malcolm J. Howard
Senior United States District Judge